**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MOFFITT,                        ) | NO. ED CV 12-1663-ODW(E) |
|                                       ) | |
|         Petitioner,                   ) | |
|                                       ) | ORDER ACCEPTING FINDINGS, |
|     v.                                ) | |
|                                       ) | CONCLUSIONS AND RECOMMENDATIONS |
| NORTH KERN STATE PRISON,               ) | |
|                                       ) | OF UNITED STATES MAGISTRATE JUDGE |
|                                       ) | |
|         Respondent.                   ) | |
| _____) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the First Amended Petition with prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 28, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE