**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MOFFITT,<br><br>  Petitioner,<br><br>  v.<br><br>NORTH KERN STATE PRISON,<br><br>  Respondent. | NO. ED CV 12-1663-ODW(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: October 28, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE